# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 24-7829-GW-Ex | Date | July 16, 2025 |
|---|---|---|---|
| Title | *Yvonne Littleton v. Sprouts Farmers Market, LLC, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On July 15, 2025, Plaintiff Yvonne Littleton filed a Notice of Settlement [16]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for August 21, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on August 19, 2025.

:

Initials of Preparer   JG